UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA, | No. 2:13-cv-1614 CKD P |
| Petitioner, | |
| v. | ORDER |
| HEIDI LACKNER, | |
| Respondent. | |

On August 12, 2013, the court stayed this action so that petitioner could exhaust state court remedies with respect to additional claims. On May 30, 2014, petitioner filed a motion for leave to file an amended petition, but did not include the proposed amended petition or indicate whether he has now exhausted state court remedies with respect to all his claims. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to file an amended petition for writ of habeas corpus (ECF No. 7) is denied.

/////
/////
/////
/////
/////

2.  If petitioner has now exhausted state court remedies with respect to all of his claims, he shall file an amended petition for writ of habeas corpus which includes all of his claims within 30 days.

Dated: June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mars1614.am