UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>      Petitioner,<br><br>   v.<br><br>HEIDI LACKNER,<br><br>      Respondent. | No. 2:13-cv-1614 CKD P<br><br><br>ORDER |

Petitioner has filed a motion asking that the court order that petitioner receive more access to his prison's law library and more help while there to complete his traverse. At present, petitioner is allowed to attend the law library four hours per week. ECF No. 27 at 10. Because petitioner has not adequately explained why this is not sufficient, or why he feels he is entitled to more help, his request (ECF No. 27) is denied. The court notes that the deadline for petitioner to file his traverse is May 9, 2015. If, as the deadline approaches, petitioner feels he needs more time to complete his traverse, he is free to seek an extension of the deadline.

Dated: April 16, 2015

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars1614.111(2)