UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>              Petitioner,<br><br>      v.<br><br>HEIDI LACKNER,<br><br>              Respondent. | No.  2:13-cv-1614 CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file a traverse.  Good cause appearing, that request will be granted.  Petitioner also requests that the court reconsider the court's April 16, 2015 order.  In that order, the court denied petitioner's request for an order directing prison officials to provide him with more law library time and more legal assistance.  Because petitioner still fails to adequately explain why the amount of law library time he is permitted is insufficient or why he is legally entitled to more help than he receives, his motion for reconsideration will be denied.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 32) is granted;

2. Petitioner is granted thirty days from the date of this order in which to file his traverse; and

3. Petitioner's motion for reconsideration (ECF No. 33) is denied.

Dated: May 1, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars1614.111(3)

2