UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA, | No. 2:13-cv-1614 CKD P |
| Petitioner, | |
| v. | ORDER |
| HEIDI LACKNER, | |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, has filed a document the court construes as a motion for reconsideration of the court's denial of petitioner's application for a writ of habeas corpus. A court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Petitioner does not present newly discovered evidence and there has been no change in the law. Furthermore, the court's denial of petitioner's application for a writ of habeas corpus is neither clearly erroneous nor manifestly unjust.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (ECF No. 65) is denied.

Dated: September 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] mars1614.mfr

2